**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| AMANDA FRAZEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. |
| | ) | |
| MDWISE, INC. and VACO | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

1.      Comes now the Plaintiff, Amanda Frazee ("Plaintiff"), by undersigned counsel, and hereby files this lawsuit against the Defendants, MDWise, Inc. and Vaco, Inc. ("Defendants") pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII") and the Pregnancy Discrimination Act, 42 U.S.C. § 2000e(k) ("PDA").

## PARTIES

2.      Plaintiff has resided within the Southern District of Indiana at all relevant times.

3.      Defendants are corporations that operate and conduct business in the Southern District of Indiana.

## JURISDICTION AND VENUE

4.      Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 42 U.S.C. § 2000e-5(f)(3).

5.      Plaintiff was an "employee" within the meaning of 42 U.S.C. § 2000e(f).

6.    Defendants are "employers" within the meaning of 42 U.S.C. § 2000e(b).

7.    Plaintiff satisfied her obligation to exhaust her administrative remedies, having timely filed Charges of Discrimination with the Equal Employment Opportunity Commission.  Plaintiff received her "Dismissal and Notice of Rights" on said Charges and now timely files this lawsuit within ninety (90) days after receipt of said Notice.

8.    All of the events, transactions and occurrences pertinent to this lawsuit occurred within the geographical environs of the Southern District of Indiana and all parties are located therein.  Therefore, venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## FACTUAL ALLEGATIONS

9.    Plaintiff is a female, placing her in a protected class under Title VII.

10.    Defendant Vaco, a staffing services company, placed Plaintiff at Defendant MDWise as a staff accountant on or about July 27, 2020. At all times relevant, Defendants acted as joint employers of Plaintiff.

11.    At all relevant times, Plaintiff met or exceeded Defendants' legitimate performance expectations.

12.    Defendants told Frazee that the position was a "temp-to-hire" position and made comments that indicated Plaintiff would be hired on permanently.

13.    Shortly after she was hired, Plaintiff discovered she was pregnant and promptly informed Defendants of this fact.

14.    In December, 2020, Kristi Johnson, an employee for Defendant Vaco, e-mailed Plaintiff regarding putting together an action plan to show MDWise how she

planned to improve certain skills. Johnson presented this not as a notice of performance deficiencies but because as a "contract-to-hire" employee, MDWise believed in her skills and wanted Plaintiff "to stay on the team."

15.     On approximately January 8, 2021, Frazee began inquiring with Defendants about what possible options she may have for maternity leave.

16.     Less than a week later, on January 14, 2021, Plaintiff was terminated. Defendants told Plaintiff that her termination was due to "downsizing" and that MDWise wanted to "delegate her duties."

17.     Other similarly-situated, non-pregnant employees were not downsized and did not have their duties delegated.

18.     All proffered reasons for Plaintiff's termination are pretextual.

19.     Plaintiff has suffered and continues to suffer injury as a result of Defendant's unlawful actions.

## COUNT I

### TITLE VII – PREGNANCY DISCRIMINATION

20.     Plaintiff hereby incorporates paragraphs 1 – 19 of her Complaint.

21.     The acts alleged above constitute unlawful employment practices in violation of Title VII.

22.     Defendant has failed and refused to apply the same standard to Frazee as it has applied to similarly situated employees who are not pregnant.

23.     Defendant took unlawful, adverse employment actions against Frazee based on her pregnancy, including when it terminated her employment.

24.    Defendant's actions, as alleged above, deprived Frazee of equal employment opportunities and otherwise adversely affected the terms and conditions of her employment.

25.    Frazee has suffered damages as a result of Defendant's unlawful conduct, including lost wages, mental anguish, and emotional distress.

26.    Defendant's unlawful actions against Frazee were intentional, willful, and done in reckless disregard of Frazee's rights as protected by Title VII.

## REQUESTED RELIEF

WHEREFORE, Plaintiff, Amanda Frazee, respectfully requests that this Court find for her and order that:

1.    Defendants reinstate Plaintiff to the same position, salary, and seniority, or pay front pay and benefits to her in lieu thereof;

2.    Defendants pay lost wages and benefits to Plaintiff;

3.    Defendants pay compensatory and punitive damages to Plaintiff;

4.    Defendants pay pre- and post-judgment interest to Plaintiff;

5.    Defendants pay Plaintiff's attorneys' fees and costs incurred in litigating this action; and

6.    Defendants pay to Plaintiff any and all other legal and/or equitable damages that this Court determines just and proper to grant.

Respectfully submitted,


s/ *Eric J. Hartz*
Meghan U. Lehner, #25899-49
Eric J. Hartz, #29676-49
CLEVELAND LEHNER CASSIDY
6214 Carrollton Ave., Suite 200
Indianapolis, IN 46220
Tel: 317-388-5424
Fax: 317-947-1863
Email:        meghan@clcattorneys.com
               eric@clcattorneys.com

Counsel for Plaintiff, Amanda Frazee


## DEMAND FOR JURY TRIAL

The Plaintiff, Amanda Frazee, by counsel, respectfully requests a jury trial as to all issues deemed so triable.


Respectfully submitted,

s/ *Eric J. Hartz*
Eric J. Hartz, #29676-49
CLEVELAND LEHNER CASSIDY